TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
PAUL C. LeBLANC (Cal. Bar No. 319862)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    8000 United States Courthouse
    411 West Fourth Street
    Santa Ana, California 92701
    Telephone: (714) 338-3537/3591
    Facsimile: (714) 338-3708/3561
    Email:    paul.leblanc@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUSSELL TAYLOR,<br><br>    Defendant. | No. 21-MJ-415<br><br>GOVERNMENT'S REQUEST TO SUBMITT EXHIBITS FOR THE COURT'S CONSIDERATION IN DEFENDANT'S BOND REVIEW: EXHIBITS<br><br>Hearing Date: JUNE 11, 2021<br>Hearing Time: 2:00 PM |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and undersigned counsel, hereby files these exhibits for the Court's consideration in defendant's Application for Bond. This Response is based on the attached Memorandum of Points and

Authorities, the files and records in this case, and any additional evidence and argument that the Court receives at the hearing on this matter.

Dated: June 11, 2021                    Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

         /s/
PAUL C. LeBLANC
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Defendant RUSSELL TAYLOR ("defendant") surrendered to FBI agents on June 10, 2021 as a result of an arrest warrant issued by the District of Columbia District Court. Defendant makes his first appearance on June 11, 2021. Defendant's counsel indicated that he will request bond. For the reasons described more fully below, defendant continues to present a clear danger to the community.

## II. LEGAL STANDARD

The Bail Reform Act of 1984 (the "Act") permits pretrial detention of a defendant without bail where "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(e). Detention is appropriate where a defendant is either a danger to the community or a flight risk; it is not necessary to prove both. United States v. Motamedi, 767 F.2d 1403, 1406 (9th Cir. 1985). A finding that a defendant is a danger to the community must be supported by clear and convincing evidence. 18 U.S.C. § 3142(f). A finding that a defendant is a flight risk need only be supported by a preponderance of the evidence. Motamedi, 767 F.2d at 1406.

In this case, the government's position is that defendant is a danger to the community. Defendant's conduct is clearly laid out in the indictment. The government proffers Attachments 1 and 2 in addition to the indictment.

## III. EXHIBITS

Exhibit 1 are photographs retrieved from defendant's cellular phone as a result of an FBI search warrant executed in late January 2021.

The first photograph shows a message from defendant to others, including his co-conspirators, regarding the events that occurred in Washington, D.C around January 6, 2021. This photograph is described in paragraph 39 of the indictment.

The second item is a chat message used under defendant's alias, "Porter RockQwell" claiming to be a "fighter" and inquiring to the group about bringing weapons and "plates" to the Capitol. This photograph is referenced in paragraph 40 of the indictment.

The third photo was taken from defendant's cell phone, sent to via an encrypted app, laying out the gear and weapons defendant took with him to Washington, D.C. The photo depicts, among other things, a tactical helmet, a bulletproof vest, two hatchets, a foldable knife and a communications radio. This photograph is referenced in paragraph 57 of the indictment.

The fourth photograph shows defendant in a line of rioters, pushing against Capitol Police officers on a terrace located on the Capitol building. This photograph is described in paragraph 56 of the indictment. This photograph is described in paragraph 65 of the indictment.

The fifth photograph shows defendant with indicted co-conspirator, Russell Taylor. Defendant is wearing what appears to be the tactical vest, and carrying the knife described above and standing on a terrace of the Capitol building looking west towards

the rioters. This photograph is described in paragraph 71 of the indictment.

Exhibit 2, filed manually with the Court, is a video taken during the Capitol riots. In the video, defendant is heard screaming "move forward, move forward, move forward Americans." The video shows a point of view looking out on the rioters as they physically breach a line of police officers and move towards the capitol.

**IV.  CONCLUSION**

For the foregoing reasons, the government respectfully requests that the Court consider Exhibits 1 and 2.

**Exhibits for Taylor detention hearing**:

This is the "about" description that Taylor wrote for the DC Brigade Telegram chat. This was taken from Taylor's phone, searched by the FBI pursuant to a search warrant.



EXHIBIT 1
Page 1 of 5

This is one of the first messages Taylor posted to the DC Brigade chat when he started the group. His moniker on Telegram is "Porter RockQwell." This was taken from Taylor's phone, searched by the FBI pursuant to a search warrant.

> From: 1244941279 Porter RockQwell (owner)
>
> Also, please keep chatter here to a bare minimum and use the other thread to share memes, news and information.
>
> This thread is exclusive to be utilized to organize a group of fighters to have each other's backs and ensure that no one will trample on our rights. Also, if there is key intel that we need to be aware of tor possible threats.
>
> I am assuming that you have some type of weaponry that you are bringing with you and plates as well.
>
> 1/1/2021 9:14:14 AM(UTC-8)

EXHIBIT 1
Page 2 of 5

This is a photo found on Taylor's phone from January 5, 2021. He sent this to someone at on Jan 5 at 11:29 pm over Signal (an encrypted messaging app) with the message, "Now getting ready for tomorrow." Photo obtained during FBI search warrant of Taylor's phone.



EXHIBIT 1
Page 3 of 5

This is a photo of Taylor joining a crowd of other rioters to push against a group of officers trying to hold the riots back from accessing stairs to the Upper West Terrace of the Capitol. Shortly after this, the rioters overcame the officers, who retreated into the plaza area on the far R of this photo. The officers pepper sprayed the rioters on the stairs (including Taylor), but that only briefly deterred them from accessing the stairs and the Upper West Terrace.



EXHIBIT 1
Page 4 of 5

This photo of Taylor (with Hostetter) was taken on the Upper West Terrace of the Capitol. The handle of a knife, which matches the knife handle in the "getting ready" photo, is visibly sticking out of the front chest pocket of Taylor's plate carrier vest. (Hostetter posted this photo and message on Instagram.)



**americanphoenixproject**
United States Capitol

Liked by **brideyca** and **others**

**americanphoenixproject** Thank you for your prayers and concern. Myself, @russ.taylor and @mortonirvinesmith are safe. We did our part. We are proud of our fellow patriots, our President and our great country. This was the "shot heard 'round the world!"... the 2021 version of 1776. That war lasted 8 years. We are just getting warmed up. Much like FAUX News reporting tonight, the British journalists and the Redcoats of the 1770s claimed the Tea Party was a mob. Patriots will prevail!

EXHIBIT 1
Page 5 of 5