# United States Probation & Pretrial Services

United States District Court
Central District of California



FILED
CLERK, U.S. DISTRICT COURT
07/02/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

Kiry K. Gray
District Court Executive / Clerk of Court



Jeffrey Thomason
Acting Chief Probation & Pretrial Services Officer

July 1, 2021

To:   Criminal Intake, Clerk's Office

From: Vanessa Singh, U.S. Probation & Pretrial Services Officer

(714) 338-2914

vanessa_singh@cacp.uscourts.gov

Re:   Taylor, Russell

Docket Number: 8:21-mj-00415-1

The defendant's bond includes the following condition: "Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons – 14 days to dispose of firearms and provide proof to Pretrial Services."

The defendant has provided proof to Pretrial Services indicating his registered firearms have been surrendered for storage to On Target Indoor Shooting Range in Laguna Niguel, California, as the defendant is a prohibited person.

If you have any questions, please contact the above listed officer.  Thank you.